UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID R. THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:22-cv-609 |
| CHRISTOPHER CANNON, also known as CHRISTOPHER DAIJARON, and NICK KLINGHAMMER, | ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1331, 1441(a), and § 1446, State Defendants, Christopher Cannon and Nick Klinghammer ("State Defendants"), hereby submit this notice of the removal to this Court of the case styled David R. Thompson v. Christopher Cannon, also known as Christopher Daijaron, and Nick Klinghammer., Case No. 49D06-2201-CT-003038, from the Marion Superior Court 6, Marion County, Indiana, based upon the following grounds:

1. On January 28, 2022, David Thompson ("Thompson") filed a complaint against State Defendants in Marion County Superior Court 6, Marion County. (*See* Exhibit A.)

2. Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint and Summons, as well as the Docket Sheet are attached hereto as Exhibit A and Exhibit B, respectively. No other process, pleadings, or orders have been provided to State Defendants.

3. This Notice of Removal is filed within thirty (30) days of the date on which State Defendants received a copy of the Summons and Complaint via U.S. Mail; thus, removal of this action is timely under 28 U.S.C. § 1446(b)(1).

4. This action is properly removed to this Court under 28 U.S.C. § 1441 because the United States District Court for the Southern District of Indiana embraces the place where the Complaint is pending.

5. In accordance with 28 U.S.C. § 1446(b)(2)(A), all defendants who have been served with a complaint and summons are parties to this notice and consent to removal of this action.

6. That 28 U.S.C. § 1331 states "[d]istrict courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Removal is appropriate under 28 U.S.C. § 1441 due to the United States District Court possessing original jurisdiction over this matter under 28 U.S.C. § 1331; specifically, Thompson's Complaint alleges State Defendants violated his rights, privileges, and immunities as secured by the laws and Constitution of the United States pursuant to 42 U.S.C. § 1983. (*See* Exhibit A.)

8. Furthermore, Thompson alleges State Defendants illegally and unconstitutionally seized Thompson without reasonable suspicion or any other legal justification. (*See* Exhibit A.)

9. As such, Thompson's allegations against State Defendants present a Federal Question; therefore, pursuant to 28 U.S.C. § 1331, the United States District Court has original jurisdiction over this action.

10. Pursuant to 28 U.S.C. § 1446(d), State Defendants are filing a Notice of Removal to Federal Court with Marion County Superior Court 6, Marion County, Indiana, and are serving a copy on counsel for Thompson. (See Exhibit C.)

WHEREFORE, State Defendants respectfully request this matter be removed from the Marion County Superior Court 6, Marion County, to the United States District Court for the Southern District of Indiana.

Dated: March 25, 2022

        Respectfully submitted,

        LEWIS AND WILKINS LLP

        /s/ Adam J. Strahan
        Joshua T. Martin (#30011-49)
        Evan M. Norris (#34715-49)
        Adam J. Strahan (#35603-17)
        *Attorneys for State Defendant*

**LEWIS AND WILKINS LLP**
8777 Purdue Rd., Ste. 104
Indianapolis, IN 46268
Telephone: (317) 636-7460
Fax: (317) 636-7505

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, a copy of the foregoing Notice of Removal was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on March 25, 2022, a copy of the foregoing Notice of Removal was e-mailed the following:

Robert D. King
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington St., Suite 310
Indianapolis, IN 46204
rking@robertkinglaw.com
*Attorney for Plaintiff*

                                          /s/ Adam J. Strahan
                                            Adam J. Strahan